# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **KAREN KEMBLE,** | ) |
| **Plaintiff,** | ) |
| v. | ) CIV-05-1331-R |
| **JO ANNE BARNHART,** **Commissioner Social Security Administrator,** | ) |
| **Defendant.** | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert Bacharach entered July 31, 2006. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 19] is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

**It is so ordered this 11th day of September, 2005.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE