IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KAREN S. KEMBLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-05-1331-R |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## Report and Recommendation

In this social security appeal, the Court ordered a remand for further proceedings. In light of the remand, the Plaintiff's attorney requested an award of attorney fees in the amount of $5138.80. Defense counsel state that they do not object, and the amount being sought is reasonable. Accordingly, the undersigned recommends that the Court grant the Plaintiff's request for an attorney fee award in the amount of $5138.50.

Plaintiff's counsel has requested that the check be made payable to her law firm rather than to the Plaintiff herself. In the application, Plaintiff's counsel recites that Ms. Kemble is aware of the request and does not object to payment of the attorney fee award to the law firm. Accordingly, the undersigned recommends that the Court direct payment of the attorney fee award to the law firm of Troutman & Troutman, P.C.

Any party may file written objections with the Clerk of the United States District Court. *See* 28 U.S.C. § 636(b)(1) (2000). The deadline for objections is January 31, 2007. *See* W.D. Okla. LCvR 72.1(a). The failure to file timely objections would result in waiver

of the right to appeal the suggested ruling.  *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also Marshall v. Chater*, 75 F.3d 1421, 1426 (10th Cir. 1996) ("Issues raised for the first time in objections to the magistrate judge's recommendation are deemed waived.").

The referral is terminated.

Entered this 10th day of January, 2007.

_____
Robert E. Bacharach
United States Magistrate Judge