**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KAREN S. KEMBLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **CIV-05-1331-R** |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered January 10, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, and Plaintiff's request for an award of an attorney fee in the amount of $5,138.50, payable to Troutman & Troutman, P.C., is GRANTED.

**It is so ordered this 2nd day of February, 2007.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE