**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **KAREN S. KEMBLE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-05-1331-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| **Defendant.** | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert Bacharach entered June 27, 2008. Doc. No. 34. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 34] is ADOPTED, Plaintiff's application for an award of attorney's fees pursuant to the EAJA [Doc. No. 29] is GRANTED and Defendant is ORDERED to pay to Plaintiff's counsel Steve Troutman $14,800.00. Upon payment of the $14,800.00, Plaintiff's counsel Gail Troutman shall promptly refund the prior EAJA award of $5,138.50 to Plaintiff.

**It is so ordered this 23rd day of July, 2008.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE